# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00808-CV

**Joseph Barrera, Appellant**

**v.**

**Brad Livingston, Rick Thaler, Paul Simon, Fernator Smith, Stephen Henson, Anthony Houston, Susan Rivas, and Robert Beard, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-13-002076, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal on October 1, 2013, and the clerk's record was filed on December 12, 2013. On April 7, 2014, we sent appellant notice that his brief was overdue and that the appeal would be subject to dismissal if he did not respond by April 17. To date, appellant has not filed a brief or otherwise responded to our notice. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Prosecution

Filed:  May 15, 2014